■ SPECTOR FREIGHT SYSTEM, INC., Respondent, v. DISPATCH EXPRESS N. Y. CORP. et al., Defendants, HARRY MARTIN, as President of Local 816 (Express Meat, Liquor and Commissary Chauffeurs and Helpers), International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL–CIO, et al., Respondents, and VINCENT DOYLE, as President of Highway & Local Motor Freight Drivers, Dockmen and Helpers Local No. 707, AFL–CIO, Appellants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ. [9 Misc 2d 691.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SCIANTI, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GREEN, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ In the Matter of UNITED STATES STEEL CORPORATION, Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ LUVENIA KELLY et al., Plaintiffs, v. CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. WILSON LINE OPERATING COMPANY, Third-Party Defendant-Appellant.— Judgment in favor of the third-party plaintiff, the City of New York, against the third-party defendant is reversed on the law and the third-party complaint is dismissed, with costs to the appellant. The permit issued by the Department of Marine and Aviation which provides that the third-party defendant will assume full responsibility for any damage to property or injury to persons resulting from this privilege, cannot be construed as unequivocally expressing an intent to indemnify the third-party plaintiff against its own negligence. (*Inman* v. *Binghamton Housing Auth.*, 3 N Y 2d 137; *Thompson-Starrett Co.* v. *Otis Elev. Co.*, 271 N. Y. 36.) The third-party plaintiff was primarily negligent and therefore is not entitled to indemnification, either under the contract or at common law. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARO MCGAVERO, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank and McNally, JJ. [9 Misc 2d 197.]

■ In the Matter of RALPH W. KERBS, on Behalf of Himself and Other Tenants in Premises 308 East 79th Street, New York, New York, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and SITEK REALTY CORP., Intervenor-Respondent.— Order affirmed, without costs. Breitel, J. P., M. M. Frank and Bergan, JJ., concur; Valente and McNally, JJ., dissent and vote to reverse and annul determination insofar as it was found there was no substantial diminution of essential services.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE PEREZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of HENRY L. MCCARTHY, as Commissioner of Welfare of the City of New York, Respondent, against RUTH ILLMAN, Appellant.— Orders unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.